AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

United States of America
v.

ERIC DON TURNER

Case No. 4:23mj69

*Defendant*

RECEIVED UNITED STATES MARSHAL
2023 AUG 23 P 4: 35
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ERIC DON TURNER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21 U.S.C. § 841(a)(1) - Possession of Cocaine and Marijuana with the Intent to Distribute;

Title 18 U.S.C. § 924(c) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

Date: 08/23/2023

*Issuing officer's signature*

City and state:   Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/24/23, and the person was arrested on *(date)* 08/24/23
at *(city and state)* Hampton, VA.

Date: _____

*Arresting officer's signature*

TFO. Ryan Boone
*Printed name and title*